**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> CITGEETT OFFICIAL STORE, et al., <br><br> Defendants. | Case No. 20-cv-05241 <br><br> **Judge Charles R. Norgle** <br><br> **Magistrate Judge Heather M. McShain** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Deckers Outdoor Corporation ("Plaintiff") hereby dismiss this action with prejudice as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| JITUUE | 119 |
| tgihur20 | 180 |
| minrkvhf | 184 |

Dated this 6th day of November 2020.   Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff Deckers Outdoor Corporation*